UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARTURO ESTEVEZ,

                    Plaintiff,

          -against-

1 PERCENT INC.,

                    Defendant.
------------------------------------------------------------X

22-CV-298 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on January 11, 2022. (Doc. 1). On March 11, 2022, Plaintiff returned an executed summons indicating that Defendant was served on February 24, 2022. (Docs. 5.) Defendant's response to Plaintiff's complaint was due on March 17, 2022. (*Id.*) Defendant has yet to respond to the complaint or appear in this action. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 15, 2022. If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 25, 2022
             New York, New York

                                                                 VERNON S. BRODERICK
                                                                   United States District Judge