UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                   :

ARTURO ESTEVEZ,                  :
                                   :
                 Plaintiff,      :
                                   :            22-CV-298 (VSB)
           -against-           :
                                   :              **ORDER**
1 PERCENT INC.,         :
                                   :
                Defendant.   :
                                   :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        On March 25, 2022, after Defendant had failed to appear, I directed Plaintiff to seek default judgment.  (Doc. 6.)  On March 28, 2022, a representative of Defendant filed a letter seeking an extension of time through June 17, 2022, to retain counsel to represent Defendant and to appear in this action.  (Doc. 7.)  On March 30, 2022, I granted that request.  (Doc. 8.) However, the extended deadline for Defendant to appear has now passed, and Defendant has still not formally appeared in this action.  Accordingly, it is hereby

        ORDERED that Defendant may have until June 30, 2022, to retain counsel and appear in this action.  If Defendant fails to do so, then by July 6, 2022, Plaintiff must seek a default judgment in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases.  If Defendant fails to appear and Plaintiff does not seek a default judgment by this deadline, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      June 21, 2022
               New York, New York

                                        _____
                                        VERNON S. BRODERICK
                                        United States District Judge